JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD QUANG LE an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN A. THORPE, aka "STEPHEN ALAN THROPE", an individual,<br><br>Defendant. | Case No.: CV 17-5366-DMG (RAOx)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [18]** |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety. Each party shall bear his own costs and attorney's fees. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: February 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE